```
 1                    UNITED STATES DISTRICT COURT
 2                     SOUTHERN DISTRICT OF OHIO
 3                          WESTERN DIVISION
 4                               - - -
 5    UNITED STATES OF AMERICA,      :
 6              Plaintiff,           : CASE NO. 1:05-CR-137-2
 7       -vs-                        : Initial Appearance
 8    GARY MYLES,                    : Tuesday, October 31, 2006
                                       1:49 p.m.
 9              Defendant.           : Cincinnati, Ohio
10                               - - -
11                    TRANSCRIPT OF PROCEEDINGS
         BEFORE THE HONORABLE TIMOTHY S. BLACK, MAGISTRATE JUDGE
12                               - - -
13
14    For the Plaintiff:    Timothy D. Oakley, Esq.
                            Assistant United States Attorney
15                          Karl P. Kadon, III, Esq.
                            Special Assistant United States Attorney
16                          221 East Fourth Street, Suite 400
                            Cincinnati, Ohio  45202
17
18    For the Defendant:    Richard Smith-Monahan, Esq.
                            Assistant Federal Public Defender
19                          36 East Seventh Street, Suite 2000
                            Cincinnati, Ohio  45202
20
21
22
23    Court Reporter:       Julie A. Wolfer, RDR, CRR
24                               - - -
25
```

Proceedings recorded in stenotype.
Transcript produced using computer-aided transcription.

| | |
|---|---|
| 1 | **PROCEEDINGS** |
| 2 | (In open court at 1:49 p.m.) |
| 3 | THE COURT: Good afternoon, ladies and gentlemen. |
| 4 | Here on the record on the criminal docket. A number |
| 5 | of matters set for initial appearance and arraignment. |
| 6 | Who appears on behalf of the United States, and what |
| 7 | case do you wish to call first? |
| 8 | MR. OAKLEY: Good afternoon, Your Honor. Tim Oakley |
| 9 | for the United States. |
| 10 | THE COURT: Mr. Oakley. |
| 11 | MR. OAKLEY: The first matter on the list is for |
| 12 | initial appearance on an indictment, the United States versus |
| 13 | Gary Myles. |
| 14 | THE COURT: Very well. |
| 15 | Mr. Myles will approach and join counsel at the |
| 16 | podium. |
| 17 | Mr. Myles is present in the courtroom in the custody |
| 18 | of the marshal in shackles. |
| 19 | We're here for the limited purpose of a proceeding |
| 20 | called initial appearance. |
| 21 | Assistant Public Defender is standing with Mr. Myles. |
| 22 | Good afternoon, counsel. |
| 23 | MR. SMITH-MONAHAN: Good afternoon. |
| 24 | THE COURT: Initial appearance is a limited |
| 25 | proceeding. I'm required to tell Mr. Myles his rights. |

1        You have the right to remain silent.  I encourage you
2   to maintain that right.  Anything you say could be used against
3   you.  Let this experienced lawyer help you at this limited
4   proceeding.
5        You have a right to a lawyer at this proceeding and
6   all future proceedings.  The Public Defender is with you today.
7   If you qualify for appointed counsel at the government's
8   expense due to limited finances, the Court will appoint counsel
9   to assist you.
10       In that regard, is there a financial affidavit being
11  proffered?
12       MR. SMITH-MONAHAN:  I don't know.  Pretrial -- it does
13  not appear Pretrial has had an opportunity yet to interview
14  these individuals.
15       THE COURT:  Are you all going to be able to assist, if
16  he qualifies?
17       MR. SMITH-MONAHAN:  Your Honor, we already represent
18  Kofi Cooper, a co-defendant in this matter, so we'll need to
19  find CJA attorneys for all of the defendants charged in this
20  case.
21       THE COURT:  Very well.
22       As soon as I'm provided with a financial affidavit, if
23  he qualifies, the Court will appoint an attorney to represent
24  him in this case.
25       He's entitled to know the gist of the offenses

```
1    alleged.
2           What is the gist of the offenses alleged?
3           MR. OAKLEY:  It's Count 1 of the indictment charging
4    Mr. Myles with the rest of the individuals with conspiracy to
5    distribute heroin and cocaine.
6           THE COURT:  Very well.
7           It's an indictment, a second superseding indictment.
8    There will be no preliminary hearing.
9           We may well have exhausted what we're able to do today
10   at this limited proceeding.
11          Is there any other items from the defendant's
12   perspective that the Court has overlooked, counsel?
13          MR. SMITH-MONAHAN:  No, Your Honor.  We would just
14   want to set a date for arraignment so I could consult with the
15   CJA attorney, make sure they'll be available to --
16          THE COURT:  Want to do arraignment today, it requires
17   me to ask if they've got a copy of the charging instrument,
18   whether they want it read, and what the plea is.
19          MR. SMITH-MONAHAN:  I've discussed the matter of
20   arraignment with each of these individuals, Your Honor, and
21   they would prefer to have an attorney with whom they can
22   consult before proceeding with arraignment.  So with the
23   Court's permission, request to set a date for arraignment.
24          THE COURT:  Very well.
25          In terms of detention, it's academic, perhaps.
```

```
1          MR. OAKLEY:  Yes, sir.
2          THE COURT:  He's serving a sentence, not eligible for
3   parole in 2024.  Detention is moot.  The defendant will be
4   detained.
5          Set it for initial -- or for arraignment on a date
6   specific.  Does the Court wish to propose a date?
7          COURTROOM DEPUTY:  Well, the next docket for Judge
8   Hogan is the 15th of November.  Otherwise, we could set
9   something else.
10         THE COURT:  The 15th of November work, or is that too
11  long from the defendant's perspective, counsel?
12         MR. SMITH-MONAHAN:  That is two weeks from today, Your
13  Honor.  I don't -- I don't believe that's too long.  It's a
14  fairly complex case.  I think that would give the CJA attorney
15  time to get involved and get some of the details.
16         THE COURT:  Very well.  Set it for arraignment on
17  November 15th at 1:30.
18         Is that right?
19         COURTROOM DEPUTY:  Yes.
20         THE COURT:  Before Magistrate Judge Hogan.
21         That may well dispose of what we can do.
22         You need to get the financial affidavit put together
23  so the Court can appoint counsel.
24         MR. SMITH-MONAHAN:  Yes, sir.
25         THE COURT:  He can step down, unless there's something
```

1  further.
2          MR. SMITH-MONAHAN:  No, Your Honor.
3          THE COURT:  Very well.
4      (Proceedings concluded at 1:53 p.m.)
5                      - - -

13                  C E R T I F I C A T E
14      I, Julie A. Wolfer, the undersigned, do hereby
15  certify that the foregoing is a correct transcript from the
16  record of the proceedings in the above-entitled matter.

                              s/Julie A. Wolfer
18                            Julie A. Wolfer, RDR, CRR
                              Official Reporter

Case: 1:05-cr-00137-MRB Doc #: 334 Filed: 07/10/08 Page: 6 of 6  PAGEID #: 702